IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00480-FDW-DSC

| | |
|---|---|
| **MEINEKE FRANCHISOR SPV, LLC**<br>**ECONO LUBE FRANCHISOR SPV,**<br>**LLC,**<br><br>      **Plaintiffs,**<br><br>  v.<br><br>**PALWASHA HEIDARY**<br>**AZIM ATTA,**<br><br>      **Defendants.** | **ORDER** |

THIS MATTER is before the Court on Plaintiffs' Motion for Preliminary Injunction. (Doc. No. 2). Defendants have failed to adequately respond to Plaintiffs' Motion or this Court's Show Cause Orders requiring Defendants to adequately respond to the lawsuit against them. Plaintiffs accordingly moved for entry of default against Defendants, which the Clerk of Court entered on January 13, 2021. (Doc. No. 13). Because Defendants have defaulted, Plaintiffs' Motion for Preliminary Injunction (Doc. No. 2) is DENIED AS MOOT.

    IT IS SO ORDERED.

                                          Signed: January 27, 2021

                                          Frank D. Whitney
                                          United States District Judge